# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-1453
LT Case No. 1991-CF-000739

_____

ERIC D. HEARD,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Citrus County.
Joel D. Fritton, Judge.

Eric D. Heard, Okeechobee, pro se.

James Uthmeier, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.


November 6, 2025


PER CURIAM.

    AFFIRMED.


MAKAR, EDWARDS, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____